

## IN THE
## TENTH COURT OF APPEALS

### No. 10-19-00229-CV

### IN THE MATTER OF THE MARRIAGE OF
### WILLIAM DALLAS HOLLAND, JR.
### AND
### DEBRA ANN HOLLAND

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. DC-D201900007

## MEMORANDUM OPINION

Appellant, Debra Ann Holland, appeals the trial court's determination that the annulment of appellant's marriage with another man was void, thus rendering appellant's marriage to appellee, William Dallas Holland, Jr., also void.

This appeal has been unduly delayed from the date of its filing, much by appellant's own doing, including but not limited to: failing to make arrangements to pay for the clerk's record; requesting additional time to hire counsel, receiving additional time, but not hiring counsel; not filing an affidavit of indigence until six months after the appeal was filed; filing a frivolous 90-page motion to set aside;

requesting a stay of the appeal rather than filing her brief; requesting another stay after the denial of the first request rather than filing her brief; and requesting the correction of the reporter's record, two months after it was filed, for non-substantive inaccuracies.

When appellant's brief was over three months past due, we ordered appellant's brief due and warned appellant that if the brief was not timely filed, the appeal would be dismissed. Six days before appellant's brief was due, appellant emailed the Court regarding the preparation of the brief. This communication was not served on the opposing party. We warned appellant that we would not respond to future communications such as the email. Nevertheless, we granted appellant an extension of time to file the brief and sent appellant a copy of the record. We also warned appellant that if the brief was not timely filed, the appeal would be dismissed.

Appellant's brief was due by 4:00 p.m. on August 13, 2020. As of this date, it has not been filed. Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

Any motions pending are dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal dismissed
Motions dismissed as moot
Opinion delivered and filed August 18, 2020
[CV06]

